CONNECTICUT STATE POLICE UNION ET AL. *v.*
DEPARTMENT OF PUBLIC SAFETY ET AL.

The petition by the plaintiff Michael Fosque for certification for appeal from the Appellate Court, 86 Conn. App. 686 (AC 24676), is denied.

*Michael Fosque*, pro se, in support of the petition.

*Thomas P. Clifford III*, assistant attorney general, in opposition.

Decided June 2, 2005

ROBERT T. QUASIUS *v.* CHIYOKO T. QUASIUS

The defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 206 (AC 23882), is denied.

*James H. Lee*, in support of the petition.

*Gregory M. Conte*, in opposition.

Decided June 2, 2005

STATE OF CONNECTICUT *v.* EUGENE DEWS

The defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 63 (AC 24160), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Suzanne Zitser*, assistant public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided June 2, 2005